La Salle Mortgage and Discount Company, Appellee, v. Albert J. Horan et al. The Turner Type Founders Company, Appellant.

Gen. No. 40,830.

opinion filed December 23, 1940; rehearing denied January 6, 1941. Louis I. Lewis, for appellant; Leo Spira, of counsel; Welch & Hoffman, for appellee; William L. Bourland, of counsel. Opinion by JUSTICE MATCHETT. "Not to be published in full."